# LAW OFFICE OF DARRYN G. SOLOTOFF
**ATTORNEYS AT LAW**

100 Quentin Roosevelt Boulevard
Suite 208
Garden City, New York 11530
T 516-695-0052
F 516-706-4692

**VIA ECF**

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: JAN 1 3 2020]

January 10, 2020

**SO ORDERED**

Hon. Judge George B. Daniels
United States District Court
Southern District of New York
~~40 Foley Square~~ 500 Pearl St.
New York, New York 10007

JAN 1 3 2020

The initial conference scheduled for January 14, 2020 is adjourned to February 18, 2020 at 9:30 a.m.

*George B. Daniels*
HON. GEORGE B. DANIELS

Re:   Young v 1068 2nd Avenue Catering LLC
      Case No.:1:19-cv-08404-GBD

Dear Judge Daniels:

This firm is counsel to Plaintiff Lawrence Young, in the above-referenced matter. We have made attempts to reach the defendant and will follow with an additional default letter. Presently, defendant has failed to answer and respond. Per this court's order (DK#5) an initial conference is scheduled for January 14, 2020 at 9:30am. We hereby request an extension of time to serve the defendant with an additional default letter tin an attempt to have this matter decided on the merits as opposed to through a default. We further request this extension of time to avoid spending unnecessary cost and legal fees.

Thank you for your kind consideration of this request.

Respectfully submitted,
/s/
Darryn G. Solotoff, Esq

DS